IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID NAMER,                                                                                        PLAINTIFF
REG. #15869-034

v.                                              2:13CV00003-KGB-JJV

UNITED STATES OF AMERICA                                                         DEFENDANT

## ORDER

Mr. Namer seeks clarification of the Court's May 16, 2013, Order[1] denying his request for judicial notice of his partial assignment of the proceeds, should he be awarded a judgment in this case. Plaintiff's assignment to Barbara Namer is intended to generate the funds to cover the costs of depositions and expert witnesses in his case. (Doc. No. 12 at 2.) The agreement states, "Barbara Namer is willing to provide said funds for the costs of discovery and expert witness(es) provided she receives some reimbursement." *Id.*

The Court is not a party to the agreement between Plaintiff and Ms. Namer, and a request for judicial notice of this agreement is improper. Therefore, the Court denied Mr. Namer's request. Ms. Namer may arrange for any discovery and expert witnesses deemed necessary. There is no need for involvement of the Court in discovery matters, so filing a motion in limine is not necessary.

IT IS SO ORDERED this 29th day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff describes the Order as "terse," leaving him confused. (Doc. No. 16.) The Order was not intended to be terse and it is the hope of the Court that this Order provides the clarification Mr. Namer seeks.