**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DAVID NAMER**                                                                    **PLAINTIFF**
**REG. # 15869-034**

**v.**                                     **Case No. 2:13-cv-00003-KGB-JJV**

**UNITED STATES OF AMERICA**                                **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered in this matter on this date, the Court adopts the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 59). Accordingly, the Court denies Mr. Namer's motion for summary judgment (Dkt. No. 33), grants the government's motion for summary judgment (Dkt. No. 34), and dismisses with prejudice this action.

SO ORDERED this 23rd day of June, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge